UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jose Lucas Neto,                        )
                                        )
          Petitioner,                   )
                                        )
v.                                      )          Civil No. 26-13032-LTS
                                        )
Plymouth County Jail et al.,            )
                                        )
          Respondents.                  )
                                        )

JUDGMENT

July 30, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated July 30, 2026 (Doc. No. 12), the Petition

for Writ of Habeas Corpus is DENIED for the reasons and to the extent the Court described.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge